Michelle R Burrows, OSB # 861606
MICHELLE R BURROWS PC
16869 SW 65th Ave. # 367
Lake Oswego, OR 97035
503-241-1955
michelle.r.burrows@gmail.com
www.oregoncivilrights.com

Ezra Glanzer, WSBA # 50365, admitted *pro hac vice*
GLANZER LAW PLLC
2024 W Northwest Blvd.
Spokane, WA 99205
509-326-4526
ezra@glanzerlaw.com

Rian Peck, OSB # 144012
VISIBLE LAW LLC
333 SW Taylor St., Ste. 300
Portland, OR 97204
503-773-0103
rian@visible.law

Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division


| | |
|---|---|
| ASHLEY D. ANDREWS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAINT HELENS, a Municipal Corporation, ADAM S. RAETHKE, and EVIN V. EUSTICE,<br><br>Defendants. | No.: 3:22-cv-01128-YY<br><br>MOTION TO EXTEND CASE MANAGEMENT DEADLINES<br>(Unopposed) |

Plaintiff moves the court herein for an Order to extend the pending case management deadlines particularly discovery. The parties conferred and no one opposes this motion. The parties agreed to re-open three depositions due to late discovery. Those depositions are scheduled in February. Due to trial schedules, Plaintiff Ashley Andrews's deposition is scheduled on May 1, 2025. All four depositions are beyond the presently-set discovery deadline of December 31, 2024. The parties move this court for orders extending the discovery deadline to May 15, 2025.

Dated this 30th day of December 2024.

Respectfully submitted,

/s/Michelle R. Burrows
Michelle R. Burrows OSB861606
Of Attorneys for Plaintiff