**David C. Lewis**, OSB No. 953348
E-mail:  dlewis@cisoregon.org
**CIS LITIGATION**
15875 Boones Ferry Rd., #1469
Lake Oswego, OR 97035
Telephone: (503)763-3800
Facsimile: (503) 763-3900

Of Attorneys for Defendants City of St. Helens and Evin Eustice

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ASHLEY D. ANDREWS**, an individual,<br><br>     Plaintiff,<br><br>    v.<br><br>**CITY OF SAINT HELENS**, a Municipal Corporation, **ADAM S. RAETHKE**, and **EVIN V. EUSTICE**,<br><br>     Defendants. | No. 3:22-cv-01128-YY<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY LAUREN E. NWEZE** |

Defendants City of St. Helens and Evin V. Eustice hereby give notice of withdrawal of counsel, Lauren E. Nweze.  David C. Lewis remains attorney of record.

Defendants City of St. Helens and Evin V. Eustice respectfully request that attorney Lauren E. Nweze no longer receive the court's ECF notices on this matter.

Respectfully submitted this 19th day of June 2025.

CIS LITIGATION

By:  s/ *David C. Lewis*
     David C. Lewis, OSB No. 953348
     Of Attorneys for Defendants City of St. Helens and Evin Eustice

Page 1 -   **NOTICE OF WITHDRAWAL OF ATTORNEY LAUREN E. NWEZE**