Michelle R Burrows, OSB # 861606
MICHELLE R. BURROWS PC
16869 SW 65th Ave. # 367
Lake Oswego, OR 97035
503-241-1955
michelle.r.burrows@gmail.com
www.oregoncivilrights.com

Ezra Glanzer, WSBA # 50365, admitted *pro hac vice*
GLANZER LAW PLLC
2024 W Northwest Blvd.
Spokane, WA 99205
509-326-4526
ezra@glanzerlaw.com

Rian Peck, OSB # 144012
VISIBLE LAW LLC
333 SW Taylor St., Ste. 300
Portland, OR 97204
503-773-0103
rian@visible.law

Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division


| ASHLEY D. ANDREWS, an individual, | No.: 3:22-cv-01128-YY |
|---|---|
| Plaintiff, | |
| v. | JOINT MOTION TO STAY DEADLINES FOR 90 DAYS |
| CITY OF SAINT HELENS, a Municipal Corporation, ADAM S. RAETHKE, JAMIN W. COY, and EVIN V. EUSTICE, | |
| Defendants. | |


1 JOINT MOTION FOR STAY OF DEADLINES

The parties have conferred and jointly agree to this motion staying the deadlines for 90 days in the above captioned case. The primary purpose of the stay is to permit settlement discussions to proceed and to allow for a judicial settlement conference if necessary.

The events of this lawsuit occurred in 2020 with the case being filed in 2022. Since that time defendants have replaced their counsel four times. Earlier in the case there were discovery issues necessitating certain witnesses being deposed twice. Discovery is now completed except for expert disclosures. Neither party filed dispositive motions so the case is ready for assignment to Judge Immergut. No trial dates have been scheduled.

The parties previously exchanged one settlement offer and a counteroffer with further negotiations stalling as defense lawyers were replaced. The parties seek a ninety (90) day stay in this case to allow time for plaintiff and defendants, with their most recent defense counsel, to negotiate in earnest. The parties also wish to stay the case because the next approaching deadline is for expert disclosures and discovery, which is a costly phase of litigation that they would prefer to avoid if they can. With this stay, the parties will continue informal discussions, and have also communicated with Judge Beckerman to serve as a settlement judge. Judge Beckerman's staff have indicated that the earliest available date for a settlement conference is in mid-March.

One of the defense counsel in this case has a trial in federal court scheduled for February 9–20, 2026. Another counsel has a pre-paid trip scheduled for the end of February. If a mediation (either private or judicial) is necessary, the earliest possible time for the conference, considering defense counsel's schedules, is early March 2026.

2 JOINT MOTION FOR STAY OF DEADLINES

The parties jointly ask that jurisdiction of this case formally be removed to Judge Immergut and the presently set deadlines be stricken. The parties request a stay of all deadlines for 90 days to permit reasonable and thoughtful settlement efforts. The parties will inform the court of the resolution of settlement within three days and, if necessary, seek orders lifting the stay and setting expert disclosure deadlines and a trial date.

Dated this 8th day of January 2026.

Respectfully submitted,

/s/Michelle R. Burrows
Michelle R. Burrows OSB 86160
Attorney for Plaintiff

/s/Lauren Nweze
Lauren Nweze OSB 145218
Attorney for City of St. Helens

/s/Andrew Campbell
Andrew Campbell OSB 022647
Attorney for Defendant Raethke

3 JOINT MOTION FOR STAY OF DEADLINES